■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EMMET CUSACK, CHESTER DORRIS and JOHN McELHEARN, Appellants.—Three judgments (one as to each defendant) of the Supreme Court, Kings County, rendered January 7, 1975, affirmed. No opinion. The case is remitted to the Supreme Court, Kings County, for proceedings to direct appellants to surrender themselves to said court in order that execution of the judgments be commenced or resumed (CPL 460.50, subd 5). Latham, Acting P. J., Cohalan, Margett, Brennan and Munder, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PETER D'AMELIO, Appellant.—Judgment of the County Court, Westchester County, rendered March 5, 1975, affirmed. No opinion. The case is remitted to the County Court, Westchester County, for proceedings to direct appellant to surrender himself to said court in order that execution of the judgment be commenced or resumed (CPL 460.50, subd 5). Martuscello, Acting P. J., Latham, Margett, Brennan and Shapiro, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CLIFFORD DANIELS, Also known as THOMAS BENJAMIN, Appellant.—Appeal by defendant from (1) a judgment of the Supreme Court, Queens County, rendered July 11, 1974, upon resentence, convicting him of attempted murder, upon a jury verdict, and imposing sentence and (2) an order of the same court, of like date, which denied, without a hearing, his motion to set aside the verdict and for a new trial on the ground of newly discovered evidence. By a prior order of this court dated June 23, 1975, the order appealed from was reversed and the motion remanded to Criminal Term for a plenary hearing and a new determination thereon, and the appeal from the judgment was directed to be, and it has been, held in abeyance in the interim. The hearing has been held and this court is in receipt of an order of the Supreme Court, Queens County, dated November 3, 1975, which granted the motion to the extent of setting aside the judgment and verdict, and ordering a new trial. Appeal from judgment dismissed as moot. Rabin, Acting P. J., Martuscello, Cohalan, Brennan and Shapiro, JJ., concur.